UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVILA,

        Plaintiff,

  v.

JAMES YATES, warden,

        Defendant.

No. C 08-2876 SI (pr)

**ORDER OF TRANSFER**

Russell Davila filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: June 6, 2008

                                            SUSAN ILLSTON
                                            United States District Judge