FILED

JUN 1 - 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVILA,

    Plaintiff,

v.

JAMES YATES, warden,

    Defendant.

No. C 08-2786 SI (pr)

**ORDER OF TRANSFER**

Russell Davila filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: June 6, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVILA,

        Plaintiff,

v.

JAMES YATES et al,

        Defendant.
                          /

Case Number: CV08-02786 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Davila E-24551
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA 93210

Dated: June 11, 2008

                                          Richard W. Wieking, Clerk
                                          By: Tracy Sutton, Deputy Clerk